DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
(702) 562-8820  Telephone
(702) 562-9921  Facsimile
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY J. FIK, derivatively on behalf of SPECTRUM PHARMACEUTICALS, INC., <br><br>                    Plaintiff, <br><br>     v. <br><br>RAJESH C. SHROTRIYA, LUIGI LENAZ, GILLES GAGNON, ANTON GUETH, STUART M. KRASSNER, ANTHONY E. MAIDA, KRISHAN K. ARORA, BRETT L. SCOTT, AND JOSEPH KENNETH KELLER, <br><br>                    Defendants, <br><br>     and <br><br>SPECTRUM PHARMACEUTICALS, INC., <br><br>                    Nominal Defendant. | Case No.  2:13-cv-00624-JCM-CWH |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 7

| | |
|---|---|
| CHRISTOPHER J. WATKINS, derivatively on behalf of SPECTRUM PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : |
| RAJESH C. SHROTRIYA, LUIGI LENAZ, GILLES GAGNON, ANTON GUETH, STUART M. KRASSNER, ANTHONY E. MAIDA, KRISHAN K. ARORA, BRETT L. SCOTT, AND JOSEPH KENNETH KELLER, | : |
| Defendants, | : |
| and | : |
| SPECTRUM PHARMACEUTICALS, INC., | : |
| Nominal Defendant. | : |

Case No. 2:13-cv-00684-JCM-VCF

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, there are two derivative actions pending before this Court on behalf of nominal defendant Spectrum Pharmaceuticals, Inc. ("Spectrum"): (1) Timothy J. Fik, derivatively on behalf of Spectrum, against defendants Rajesh C. Shrotriya, Luigi Lenas, Gilles Gagnon, Anton Gueth, Stuart M. Krassner, Anthony E. Maida, Krishan K. Arora, Brett L. Scott, and Joseph Kenneth Keller, Case No. 13-cv-00624-JCM-CWH (the "Fik Action"); and (2) Christopher J. Watkins, derivatively on behalf of Spectrum, against defendants Rajesh C. Shrotriya, Luigi Lenas, Gilles Gagnon, Anton Gueth, Stuart M. Krassner, Anthony E. Maida, Krishan K. Arora, Brett L. Scott, and Joseph Kenneth Keller Case, No. 13-cv-00684-JCM-VCF (the "Watkins Action").

WHEREAS, on April 11, 2013 the Fik Action was filed;

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

1  WHEREAS, on April 22, 2013 the Watkins Action was filed;

2  WHEREAS, all defendants in the Fik Action and the Watkins Action have been served or
3  their counsel has accepted service on their behalf;

4  WHEREAS, the Fik Action and the Watkins Action involve the same subject matter and
5  allege substantially the same facts and causes of action;

6  WHEREAS, the parties in the Fik Action and the Watkins Action agree that these actions
7  should be consolidated into one action;

8  WHEREAS, plaintiffs have agreed on, and Spectrum and defendants take no position on,
9  the lead counsel structure for plaintiffs set forth below;

10  WHEREAS, there are related securities class actions filed against Spectrum and certain
11  of the defendants (the "Securities Class Actions") pending in this Court;

12  WHEREAS, plaintiffs believe their allegations have merit independent of and are not
13  dependent upon the facts alleged in the Securities Class Actions, however, the Securities Class
14  Actions may inform the manner of how the Fik Action, the Watkins Action and any consolidated
15  action proceed and are prosecuted;

16  WHEREAS, defendants believe that contemporaneously litigating the Fik Action and the
17  Watkins Action (and any consolidated action thereof) and the Securities Class Actions will
18  potentially cause substantial harm to Spectrum—the party on whose behalf the derivative actions
19  have been brought—because the derivative plaintiffs would need to prove allegations against
20  Spectrum's officers that would seriously undermine Spectrum's defense of the Securities Class
21  Actions.  *See, e.g., In re Ormat Techs., Inc. Derivative Litig.*, No. 10-0177, 2011 U.S. Dist.
22  LEXIS 96891, at *12-15 (D. Nev. Aug. 29, 2011) (granting stay of federal derivative action
23  pending resolution of federal securities class action because of the similar nature of the two
24  actions, the potential harm to defendant's defense of the pending federal securities class action,
25  and to preserve judicial resources);

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

WHEREAS, the parties wish to conserve the resources of this Court and the parties;

WHEREAS, the parties have agreed to a stay of the Fik Action, the Watkins Action (and any consolidated action thereof) pending resolution of the Securities Class Actions, subject to the conditions listed below;

WHEREAS, the parties have not sought any prior consolidation; and

WHEREAS, the parties have reached the agreements stated below.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Fik Action and the Watkins Action are consolidated for all purposes, including pre-trial proceedings, trial and appeal, into one action (the "Consolidated Action").

2. Hereafter, papers need only be filed in Case No. 13-cv-00624-JCM-CWH.

3. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

```
IN RE: SPECTRUM                      )
       PHARMACEUTICALS, INC.         )  Master File No. 13-cv-00624-JCM-CWH
       DERIVATIVE SHARHOLDER         )  (Consolidated with 13-cv-00684-JCM-VCF)
       LITIGATION                    )
_____)_____
This Document relates to ALL ACTIONS )
```

4. All shareholder derivative actions on behalf of common stockholders of Spectrum Pharmaceuticals, Inc. filed in or transferred to this Court that involve questions of law or fact similar to those contained in the above-captioned actions shall be automatically consolidated into the Consolidated Action and the instant Order shall apply.

5. All documents previously served or filed in the Fik Action and the Watkins Action are deemed a part of the record in the Consolidated Action.

6. Liaison Counsel are to call to the attention of the Clerk of this Court the filing of any case subject to consolidation pursuant to this Order.

7. Plaintiff Timothy J. Fik is hereby appointed as Lead Plaintiff.

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 4 of 7

8. The law firm of Federman & Sherwood is hereby appointed as Lead Counsel for plaintiffs in the Consolidated Action. Lead Counsel shall have the sole authority and discretion over the following matters on behalf of the plaintiffs in Consolidated Action: (a) the initiation, response, scheduling, briefing and argument of all motions, (b) the scope, order and conduct of all discovery proceedings, (c) the designation of which attorneys may appear at hearings and conferences with the Court, (d) the timing and substance of any settlement negotiations with Spectrum and defendants, and (e) other matters concerning the prosecution and resolution of the Consolidated Action. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

9. The law firm of Bailey❖Kennedy is hereby appointed as Liaison Counsel. Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.

10. Spectrum and defendants may rely upon agreements made with Lead Counsel for plaintiffs and such agreements shall be binding on all plaintiffs.

11. Spectrum and defendants need not answer, move or otherwise respond to the complaints filed in the Fik Action and the Watkins Action.

12. The Fik Action, the Watkins Action and the Consolidated Action are otherwise stayed pending resolution of the Securities Class Actions. However, following a final ruling on Spectrum and the defendants' motion(s) to dismiss in the Securities Class Actions, any party may move to lift the stay upon thirty (30) days' notice to the other side. Each party reserves the right to oppose such a motion and/or make an application to the Court to preserve the stay, and the stay will remain in effect until the Court rules otherwise.

13. During the pendency of the stay, plaintiffs may file and amend any consolidated complaint, although Spectrum and defendants need not answer, move or otherwise respond to any such consolidated complaint or any amendments thereto.

|     |     |
| --- | --- |
| 1   | 14. Should discovery proceed in the Securities Class Actions, plaintiffs will be provided with the written discovery materials and deposition transcripts produced by any defendant in the Securities Class Action pursuant to a mutually agreed upon protective order governing the use of confidential information. |

14. Should discovery proceed in the Securities Class Actions, plaintiffs will be provided with the written discovery materials and deposition transcripts produced by any defendant in the Securities Class Action pursuant to a mutually agreed upon protective order governing the use of confidential information.

15. Plaintiffs will be advised of and permitted to participate in any settlement negotiations. Should the parties reach a resolution of the Consolidated Action, the parties will file a joint motion to lift the stay for the limited purpose of effectuating a settlement.

Dated: May 2, 2013.

BAILEY❖KENNEDY

By: */s/ Dennis L. Kennedy*
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
8984 Spanish Ridge Ave.
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
     -and-
WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
(405) 235-1560 Telephone
(405) 239-2112 Facsimile
     -and-
MARC S. HENZEL
LAW OFFICES OF MARC HENZEL
431 Montgomery Ave., Suite B
Merion Station, Pennsylvania 19066
(610) 660-8000 Telephone
(610) 660-8080 Facsimile

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Kirk B. Lenhard*
Kirk B. Lenhard (Nevada Bar No. 1437)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Tel: (702) 464-7045
Fax: (702) 382-8135

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 6 of 7

|   |   |
|---|---|
| 1 | -and- |
| 2 | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| 3 | Jason de Bretteville |
| 4 | 660 Newport Center Drive Suite 1600 |
|   | Newport Beach, CA 92660 |
|   | Tel: (949) 725-4000 |
| 5 | Fax: (949) 725-4100 |
| 6 | *Attorneys for Defendants* |
| 7 | * * * |

# O R D E R

IT IS SO ORDERED.

DATED: May 15, 2013.

*/s/ James C. Mahan*
The Honorable James C. Mahan
United States District Judge

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 7 of 7