UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SPECTRUM PHARMACEUTICALS, INC. DERIVATIVE SHAREHOLDER LITIGATION<br><br>This Document Relates to ALL ACTIONS | Master File No. 2:13-cv-00624-JAD-CWH<br><br>(Consolidated with: 2:13-cv-00684-JAD-CWH; and 2:13-cv-00942-JAD-CWH)<br><br>Hon. Jennifer A. Dorsey |

**Order Granting Request to Further Extend Status Report**

Lead Plaintiff Timothy J. Fik ("Plaintiff") and defendants Rajesh C. Shrotriya, Luigi Lenaz, Gilles Gagnon, Anton Gueth, Stuart M. Krassner, Anthony E. Maida, Krishan K. Arora, Brett L. Scott, Joseph Kenneth Keller, and nominal defendant Spectrum Pharmaceuticals, Inc. (collectively "Defendants") respectfully submit this further joint status report on the progress of their efforts to finalize the settlement. The parties hereby state as follows:

1. Plaintiff and Defendants are continuing to negotiate the issue of attorneys' fees and expenses and a service award and respectfully request until **Thursday, January 12, 2017**, to provide the Court with a further joint status report on the progress of their efforts.

Dated: December 12, 2016

| | |
|---|---|
| **BAILEY & KENNEDY**<br><br>By: */s/ Dennis L. Kennedy*<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>JOSEPH A. LIEBMAN<br>Nevada Bar No. 10125<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>(702) 562-8820 Telephone<br>(702) 562-9921 Facsimile<br>Plaintiffs Liaison Counsel<br><br>-and-<br><br>WILLIAM B. FEDERMAN<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Avenue | **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br><br>By: */s/ Kirk B. Lenhard*<br>KIRK B. LENHARD<br>Nevada Bar No. 1437<br>JEFFREY S. RUGG<br>Nevada Bar No. 10978<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Tel: (702) 464-7045<br>Fax: (702) 382-8135<br><br>-and-<br><br>JOHN F. CANNON<br>JASON DE BRETTEVILLE<br>JUSTIN N. OWENS |

1

| | | |
|---|---|---|
| 1 | Oklahoma City, OK 73120 | AARON C. HUMES |
| 2 | (405) 235-1560 Telephone<br>(405) 239-2112 Facsimile | **STRADLING YOCCA CARLSON &<br>RAUTH, P.C.** |
| 3 | Plaintiffs Lead Counsel | 660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660 |
| 4 | *Counsel for Plaintiffs* | Tel: (949) 725-4000<br>Fax: (949) 725-4100 |
| 5 | | |
| 6 | | *Counsel for Defendants* |

\*   \*   \*

**ORDER**

IT IS SO ORDERED

Dated: December 12, 2016

_____
The Honorable Jennifer A. Dorsey
United States District Judge