# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SPECTRUM PHARMACEUTICALS, INC. DERIVATIVE SHAREHOLDER LITIGATION<br><br>This Document Relates to ALL ACTIONS | Master File No. 2:13-cv-00624-JAD-CWH<br><br>(Consolidated with 2:13-cv-00684-JAD-CWH and 2:13-cv-00942-JAD-CWH)<br><br>ECF No. 39 |

## ORDER GRANTING DISMISSAL OF ACTION

Having considered the Joint Motion for Dismissal of Action and all exhibits attached thereto, including the Stipulation and Agreement of Settlement and the terms of the proposed settlement implemented by the Defendants, it is HEREBY ORDERED that the motion [39] is GRANTED. This consolidated shareholder derivative action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: 8-30-17

_____
The Honorable Jennifer A. Dorsey
United States District Judge